PER CURIAM: This appeal having been allowed by order of the lower court before considering the issues now being presented, the record is remanded to the lower court with directions to dispose of any post-trial motions which appellant is now granted fifteen days leave to file nunc pro tunc.

April 26, 1966

Brass Unemployment Compensation Case.

Argued March 23, 1966. *Jessie W. Brass,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Cellini *v.* Needleman et al., Appellants.

Argued March 23, 1966. *Gerald J. Cohen,* for appellants; *Irvin Siegel,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., dissented.

Commonwealth ex rel. Allen, Appellant, *v.* Myers.

Submitted March 21, 1966. *Frazier Allen,* appellant, in propria per-